# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.**

---

**In the Matter of**

**NANCY SANCHEZ**

                                **Plaintiff,**

**v.**                                                                   **Case No.:  08 C 434**

**OFFICER J. MEJIA, #45, et. al.**             **Judge Holderman**

                            **Defendants.**             **Magistrate Judge Mason**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**LIEUTENANT T. THEIS, #303, OFFICER KING, OFFICER O'NEILL AND THE CITY OF NORTH CHICAGO**

| |
|---|
| SIGNATURE<br>s/Julie M. Koerner |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 |
| CITY/STATE/ZIP<br>Northbrook, IL  60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6204852 | TELEPHONE NUMBER<br>(847) 291-0200 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?             YES X      NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐      NO X ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?             YES X      NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X    NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ ||

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**In the Matter of**

**NANCY SANCHEZ**

                 **Plaintiff,**

v.                                                                                   **Case No.: 08 C 434**

**OFFICER J. MEJIA, #45, et. al.**                    **Judge Holderman**

                 **Defendants.**                  **Magistrate Judge Mason**

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 20, 2008, I electronically filed this Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

E:mail: lobh@att.net
E:mail: asyarusso@att.net
E:mail: erica.lobh@gmail.com

LIEUTENANT T. THEIS, #303, OFFICER KING, OFFICER O'NEILL AND THE CITY OF NORTH CHICAGO

By: s/Julie M. Koerner
Julie M. Koerner (ARDC #6204852)
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone:     847/291-0200
Facsimile:     847/291-9230
jkoerner@okgc.com