# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**NOTE:** In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

**In the Matter of**

**NANCY SANCHEZ**

                    **Plaintiff,**

**v.**                                                      Case No.:  08 C 434

**OFFICER J. MEJIA, #45, et. al.**                 Judge Holderman

                    **Defendants.**                      **Magistrate Judge Mason**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**LIEUTENANT T. THEIS, #303, OFFICER KING, OFFICER O'NEILL AND THE CITY OF NORTH CHICAGO**

| SIGNATURE<br>s/Clifford G. Kosoff | |
|---|---|
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3122385 | TELEPHONE NUMBER<br>(847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?             YES ☐       NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?           YES ☐       NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?              YES X     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

In the Matter of

NANCY SANCHEZ

                      **Plaintiff,**

v.                                                       **Case No.:  08 C 434**

**OFFICER J. MEJIA, #45, et. al.**              **Judge Holderman**

                     **Defendants.**              **Magistrate Judge Mason**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, I electronically filed this Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

E:mail:  lobh@att.net
E:mail:  asyarusso@att.net
E:mail:  erica.lobh@gmail.com

                                              LIEUTENANT T. THEIS, #303, OFFICER KING, OFFICER O'NEILL AND THE CITY OF NORTH CHICAGO

                                              By:    s/Clifford G. Kosoff
                                                        Clifford G. Kosoff, #3122385
                                                         O'Halloran Kosoff Geitner & Cook, LLC
                                                        650 Dundee Road, Suite 475
                                                        Northbrook, IL 60062
                                                        Telephone: (847) 291-0200
                                                       Facsimile:  (847) 291-9230
                                                       E-mail: ckosoff@okgc.com

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. COLETTA'S OF ILLINOIS, INC., ) <br> JESSE MCMORRIS, ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF MARKHAM, DAVID WEBB, ) <br> JR., J.V. COOK, SR., THADDEUS ) <br> GOODLOW, and ROGER AGPAWA ) <br>         Defendant. ) | Case No.: 08-cv-00409 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, I electronically filed this Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas Anaclerio, Jr.
nanaclerio@uhlaw.com

David Levitt
dlevitt@uhlaw.com

Jamie A. Robinson
jarobinson@uhlaw.com

Michelle Broughton-Fountain
mb-fountain@comcast.net

              City of Markham, David Webb, Jr., J.V. Cook, Sr.,
              Thaddeus Goodlow, and Roger Agpawa

              By:    s/Clifford G. Kosoff
                      Clifford G. Kosoff, #3122385
                      O'Halloran Kosoff Geitner & Cook, LLC
                      650 Dundee Road, Suite 475
                      Northbrook, IL 60062
                      Telephone: (847) 291-0200
                      Facsimile:  (847) 291-9230
                      E-mail: ckosoff@okgc.com