# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.**

---

**In the Matter of**

**NANCY SANCHEZ**

                 **Plaintiff,**

**v.**                                              **Case No.: 08 C 434**

**OFFICER J. MEJIA, #45, et. al.**           **Judge Holderman**

                 **Defendants.**         **Magistrate Judge Mason**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**LIEUTENANT T. THEIS, #303, OFFICER KING, OFFICER O'NEILL AND THE CITY OF NORTH CHICAGO**

| | |
|---|---|
| SIGNATURE<br>s/Joshua S. Abern | |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6285598 | TELEPHONE NUMBER<br>(847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES X   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**In the Matter of**

**NANCY SANCHEZ**

       **Plaintiff,**

v.                 Case No.:  08 C 434

**OFFICER J. MEJIA, #45, et. al.**    **Judge Holderman**

       **Defendants.**    **Magistrate Judge Mason**

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 20, 2008, I electronically filed this Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      E:mail:  lobh@att.net
      E:mail:  asyarusso@att.net
      E:mail:  erica.lobh@gmail.com

      LIEUTENANT T. THEIS, #303, OFFICER KING, OFFICER O'NEILL AND THE CITY OF NORTH CHICAGO

    By: s/Joshua S. Abern
      Joshua S. Abern, #6285598
      O'Halloran Kosoff Geitner & Cook, LLC
      650 Dundee Road, Suite 475
      Northbrook, IL 60062
      Telephone: (847) 291-0200
      Facsimile:  (847) 291-9230
      E-mail:  jabern@okgc.com