IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY SANCHEZ,<br><br>                Plaintiff,<br><br>v.<br><br>OFFICER J. MEJIA #45, LIEUTENANT T. THEIS #303, OFFICER KING, OFFICER O'NEILL and the CITY OF NORTH CHICAGO,<br><br>                Defendants. | No. 08 C 434<br><br>Judge Holderman<br><br>Magistrate Judge Mason |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE PLEAD**

      Defendants, Richard Anthony Theis, Emir King, Michael O'Neill and City of North Chicago ("Defendants"), by their attorneys, Clifford G. Kosoff, Julie M. Koerner, and Joshua S. Abern, for their agreed motion for extension of time to answer or otherwise plead, state as follows:

      1.      On January 18, 2008, Plaintiff Nancy Sanchez filed a complaint in the instant court alleging violations of 42 U.S.C. §1983 and state law against Officer Mejia and the above named Defendants.

      2.      Summons was served on Defendants on January 25, 2008, requiring an answer or other responsive pleading by February 14, 2008.

      3.      Counsel for Defendants has not been able to adequately investigate the claims made against Defendants and formulate a responsive pleading in the time allotted.

      4.      Counsel requests an additional 7 days, until March 7, 2008, to adequately investigate and respond to the complaint.

5.       Plaintiff's counsel has agreed to this motion.

6.       No party will be prejudice by the granting of this motion.

WHEREFORE, Defendants, Richard Anthony Theis, Emir King, Michael O'Neill and City of North Chicago, respectfully request that this Court grant them 7 additional days, until March 7, 2008, to file an answer or other responsive pleading to the complaint, and for such other and further relief as this Court deems appropriate.

Respectfully Submitted:

CITY OF NORTH CHICAGO, THEIS, O'NEILL, KING

By:    s/ Joshua S. Abern   
One of Defendants' Attorneys

Clifford G. Kosoff
Julie M. Koerner
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY SANCHEZ, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 08 C 434 |
| OFFICER J. MEJIA #45, LIEUTENANT | ) |
| T. THEIS #303, OFFICER KING, | ) Judge Holderman |
| OFFICER O'NEILL and the CITY OF | ) |
| NORTH CHICAGO, | ) Magistrate Judge Mason |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 29, 2008, I electronically filed Agreed Motion For Extension Of Time To Answer Or Otherwise Plead with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Blake Horwitz
horwitzlaw@att.net

          Richard Anthony Theis, Emir King, Michael
          O'Neill and the City of North Chicago

     By:   s/Joshua S. Abern
          Joshua S. Abern, #6285598
          O'Halloran Kosoff Geitner & Cook, LLC
          650 Dundee Road, Suite 475
          Northbrook, IL 60062
          Telephone: (847) 291-0200
          Facsimile:  (847) 291-9230
          E-mail:  jabern@okgc.com