IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY SANCHEZ, | ) | |
|          Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 08 C 434 |
| OFFICER J. MEJIA #45, LIEUTENANT | ) | |
| T. THEIS #303, OFFICER KING, | ) | Judge Holderman |
| OFFICER O'NEILL and the CITY OF | ) | |
| NORTH CHICAGO, | ) | Magistrate Judge Mason |
|          Defendants. | ) | |

**NOTICE OF MOTION**

To:   Blake W. Horwitz
      Law Offices of Blake W. Horwitz
      155 N. Michigan Ave., Suite 714
      Chicago, IL 60601

YOU ARE HEREBY NOTIFIED that on the **6th day of March, 2008, at 9:00 a.m.,** we shall appear before the Honorable Judge James F. Holderman in courtroom 2541 usually occupied by him at the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois, and shall present the Defendants' Motion For Extension of Time to Answer or Otherwise Plead at which time and place you may appear if you wish to do so.

                                              Richard Anthony Theis, Emir King, Michael
                                              O'Neill and the City of North Chicago

                                      By:   s/Joshua S. Abern
                                                     Joshua S. Abern, #6285598
                                                     O'Halloran Kosoff Geitner & Cook, LLC
                                                     650 Dundee Road, Suite 475
                                                     Northbrook, IL 60062
                                                     Telephone: (847) 291-0200
                                                     Facsimile: (847) 291-9230
                                                     E-mail: jabern@okgc.com

Clifford G. Kosoff
Julie M. Koerner
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY SANCHEZ, | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 08 C 434 |
| OFFICER J. MEJIA #45, LIEUTENANT | ) | |
| T. THEIS #303, OFFICER KING, | ) | Judge Holderman |
| OFFICER O'NEILL and the CITY OF | ) | |
| NORTH CHICAGO, | ) | Magistrate Judge Mason |
|     Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, I electronically filed Defendants' Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Blake Horwitz
horwitzlaw@att.net

                                                Richard Anthony Theis, Emir King, Michael
                                                O'Neill and the City of North Chicago

                              By:    s/Joshua S. Abern
                                          Joshua S. Abern, #6285598
                                          O'Halloran Kosoff Geitner & Cook, LLC
                                          650 Dundee Road, Suite 475
                                          Northbrook, IL 60062
                                          Telephone: (847) 291-0200
                                          Facsimile: (847) 291-9230
                                          E-mail: jabern@okgc.com