**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NANCY SANCHEZ,                              )<br>                         Plaintiff,          )<br>                                                         )<br>v.                                                        )<br>                                                         )      Case No. 08 C 434<br>OFFICER J. MEJIA #45, LIEUTENANT )<br>T. THEIS #303, OFFICER KING,         )      Judge Holderman<br>OFFICER O'NEILL and the CITY OF    )<br>NORTH CHICAGO,                              )      Magistrate Judge Mason<br>                                                         )<br>                         Defendants.       ) | |

### NOTICE OF ELECTRONIC FILING

PLEASE TAKE NOTICE that on the 7th day of March, 2008, there was caused to be filed with the Clerk of Court of the United State District Court, Northern District, Eastern Division, via the Court's CM/ECF system, the attached *Defendant, City of North Chicago's Answer and Affirmative Defenses to Plaintiff's Complaint at Law*.

                                                CITY OF NORTH CHICAGO

                                    By:    s/Julie M. Koerner_____
                                             Julie M. Koerner (#6204852)
                                             O'Halloran Kosoff Geitner & Cook, LLC
                                             650 Dundee Road, Suite 475
                                             Northbrook, IL 60062
                                             Telephone: (847) 291-0200
                                             Facsimile:  (847) 291-9230
                                             E-mail:  jkoerner@okgc.com

### CERTIFICATE OF SERVICE

     I hereby certify that in accordance with Fed.R.Civ.P. 5(a), I electronically filed the above-referenced document(s) with the Clerk of Court via CM/ECF on March 7, 2008.  In accordance with and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing issued through the Court's Electronic Case Filing System constitutes service under Fed. R. Civ. P. 5(b)(2)(D) as to all Filing Users in a case assigned to the Court's Electronic Case Filing System.

                                    By:    s/Julie M. Koerner_____