IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY SANCHEZ, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 08 C 434 |
| OFFICER J. MEJIA #45, LIEUTENANT ) | |
| T. THEIS #303, OFFICER KING, ) | Judge Holderman |
| OFFICER O'NEILL and the CITY OF ) | |
| NORTH CHICAGO, ) | Magistrate Judge Mason |
| ) | |
| Defendants. ) | |

## NOTICE OF ELECTRONIC FILING

PLEASE TAKE NOTICE that on the 10th day of March, 2008, there was caused to be filed with the Clerk of Court of the United State District Court, Northern District, Eastern Division, via the Court's CM/ECF system, the attached *Defendants, Theis, King, and O'Neill's Answer and Affirmative Defenses to Plaintiff's Complaint*.

                                    RICHARD ANTHONY THEIS, EMIR KING,
                                    MICHAEL O'NEILL

                        By:    s/Julie M. Koerner _____
                               Julie M. Koerner (#6204852)
                               O'Halloran Kosoff Geitner & Cook, LLC
                               650 Dundee Road, Suite 475
                               Northbrook, IL 60062
                               Telephone: (847) 291-0200
                               Facsimile:  (847) 291-9230
                               E-mail:  jkoerner@okgc.com

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with Fed.R.Civ.P. 5(a), I electronically filed the above-referenced document(s) with the Clerk of Court via CM/ECF on March 10, 2008.  In accordance with and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing issued through the Court's Electronic Case Filing System constitutes service under Fed. R. Civ. P. 5(b)(2)(D) as to all Filing Users in a case assigned to the Court's Electronic Case Filing System.

                        By:    s/Julie M. Koerner _____