# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Nancy Sanchez

              Plaintiff,

v.                                  Case No.: 1:08–cv–00434

                                  Honorable James F. Holderman

J. Mejia, et al.

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge James F. Holderman : Defendants City of North Chicago, T. Theis, Officer King, Officer O'Neill's motion for extension of time to file answer or otherwise plead [16] is granted; defendant to answer or otherwise plead to the complaint by 3/7/2008. Parties are to meet and prepare Form 35 for filing by 3/20/2008. Status hearing set for 3/27/2008 at 9:00 AM for entry of scheduling order. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.