IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY SANCHEZ,<br><br>                Plaintiff,<br><br>v.<br><br>OFFICER J. MEJIA #45, LIEUTENANT T. THEIS #303, OFFICER KING, OFFICER O'NEILL and the CITY OF NORTH CHICAGO,<br><br>                Defendants. | No. 08 C 434<br><br>Judge Holderman<br><br>Magistrate Judge Mason |

**REPORT OF PARTIES' PLANNING MEETING**

      Defendants, Mejia, Theis, King, O'Neill and the City of North Chicago, by their attorney, Julie M. Koerner, and plaintiff, Nancy Sanchez, by her attorneys, Blake Horwitz and Abbas M. Merchant, propose for their Joint Discovery Plan, pursuant to Fed.R.Civ.P. 26(f), the following schedule for discovery and pretrial disclosures:

      1.      That a telephone conference was held on **March 20, 2008**, between Abbas M. Merchant, on behalf of plaintiff, and Julie M. Koerner, on behalf of defendants.

      2.      Pre-Discovery Disclosures. The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) by **April 18, 2008.**

      3.      Discovery Plan. The parties jointly propose to the court the following discovery plan:

      a)      Discovery will be needed on the following subjects: facts and damages.

      b)      All discovery is to be commenced in time to be completed by **October 24, 2008**.

    c)    Maximum of **25** interrogatories by each party to any other party. Responses due **60** days after service.

    d)    Maximum of **100** requests for admission by each party to any other party. Responses due **30** days after service.

    e)    Maximum of **10** depositions by plaintiff(s) and **10** by defendant(s). Each deposition limited to maximum of **7** hours unless extended by agreement of parties.

    f)    Reports from retained experts under Rule 26(a)(2) are due from from plaintiff by **November 28, 2008** and from defendants by **January 30, 2009**.

    g)    Supplementations under Rule 26(e) are due by **February 27, 2009**.

4. Other Items.

    a)    The parties **do not** request a conference with the court before entry of the scheduling order.

    b)    The parties request a pretrial conference in **November 2008.**

    c)    Plaintiff should be allowed until **August 22, 2008** to join additional parties and amend the pleadings.

    d)    Defendants should be allowed until **n/a** to join additional parties and until **September 19, 2008** to amend the pleadings.

    e)    All potentially dispositive motions should be filed by **March 6, 2009.**

    f)    Settlement cannot be evaluated prior to the completion of discovery on **October 24, 2008**.

g) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff by **June 6, 2009** and from defendants by **June 20, 2009.**

h) Parties should have **28** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

i) The case should be ready for trial by **July 2009** and the trial is expected to take **5-7 days**.

_s/Abbas Merchant_
Abbas M. Merchant
Blake Horwitz & Associates
Attorney for Plaintiff
155 N. Michigan, Suite 714
Chicago, IL 60601

_s/Julie M. Koerner_
Julie M. Koerner
O'Halloran Kosoff Geitner & Cook
Attorney for Defendants
650 Dundee, Suite 475
Northbrook, IL 60062