UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Nancy Sanchez
                Plaintiff,

v.                                   Case No.: 1:08–cv–00434
                                                   Honorable James F. Holderman

J. Mejia, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Status hearing held on 3/27/2008. Plaintiff is given to and including 8/22/2008 to amend all pleadings and to add any additional parties. Defendant is given to and including 9/19/008 to amend all pleadings. Plaintiff shall comply with FRCP(26)(a)(2) by 11/28/2008. Defendant shall comply with FRCP(26)(a)(2) by 1/30/2009. Supplementations under Rule 26(e) due by 2/27/2009. Discovery ordered closed by 10/24/2008. Parties are to meet with Magistrate Judge Mason for settlement conference. This case will be referred to Magistrate Judge Mason for settlement conference and discovery disputes. Dispositive motions with supporting memoranda due by 3/6/2009; responses due by 3/27/2009. Replies due by 4/10/2009. Motions in limine with supporting memoranda due by 7/6/2009; responses due by 7/13/2009. Final lists of witnesses and exhibits under Rule 26(a)(3) due from plaintiff by 6/6/2009 and from defendants by 6/20/2009. Final Pretrial Order due by 7/6/2009. Final Pretrial Conference set for 7/16/2009 at 3:00 PM. Jury Trial set for 7/20/2009 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.