UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Nancy Sanchez
      Plaintiff,

v.               Case No.: 1:08−cv−00434
               Honorable James F. Holderman

J. Mejia, et al.
      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery disputes and settlement conference. (am) Mailed notice.

Dated: March 27, 2008

                     /s/ James F. Holderman

                     United States District Judge