UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Nancy Sanchez
                Plaintiff,

v.                                      Case No.: 1:08−cv−00434
                                          Honorable James F. Holderman

J. Mejia, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

      MINUTE entry before Judge Honorable Michael T. Mason: This case having been referred for discovery disputes, parties should be aware of the following: The Court will not hear or consider any discovery motions unless the parties have complied with the meet and confer requirement under Local Rule 37.2. In any discovery motion, the motion shall state with specificity when and how the movant complied with Local Rule 37.2. Parties are reminded that compliance with Local Rule 37.2 requires a good faith effort to resolve discovery disputes and, other than in exceptional circumstances, communication that takes place face to face or by telephone. The exchange of correspondence will not normally be sufficient to comply with Local Rule 37.2. This case also having been referred for settlement conference, an initial status hearing is set for 5/28/08 at 9:00 a.m. for the purpose of scheduling the settlement conference. However, parties may confer with each other and contact the courtroom deputy, 312/435−6051, to schedule the settlement conference in lieu of attending the status hearing. If the parties do not contact the courtroom deputy by 5/22/08, the 5/28/08 status hearing will proceed. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.